IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAR 25 2002

MICHAEL N. MILBY CLERK

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § § § § § § § § § § § § | **C-02-124** Civil Action No. COMPLAINT AND JURY TRIAL DEMAND |
| Plaintiff, | | |
| v. | | |
| LINDA'S CONSTRUCTION, INC., | | |
| Defendant. | | |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964, as amended, and Title I of the Civil Rights Act of 1991, to correct unlawful employment practices on the basis of race, Black. This action is also being brought to provide appropriate relief to Anthony Cornell who was adversely affected by such practices. The Commission alleges that Anthony Cornell, an African-American, was subjected to a hostile work environment by his supervisor and co-workers of Linda's Construction, Inc., on the basis of his race, Black, in violation of Section 703(a) of Title VII.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e-5(f)(1) and (3) ("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were and are now being committed within the jurisdiction of the United States District Court for the Southern District of Texas, Corpus

Christi, Division.

## PARTIES

3.  Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. §2000e-5(f)(1) and (3).

4.  At all relevant times, Defendant, Linda's Construction, Inc. ("Linda's Construction"), has continuously been a Texas corporation doing business in the State of Texas and the City of Kingsville and has continuously had at least 15 employees.

5.  At all relevant times, Defendant Linda's Construction has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6.  More than thirty days prior to the institution of this lawsuit, Anthony Cornell ("Cornell") filed a charge with the Commission alleging violations of Title VII by Defendant Linda's Construction. All conditions precedent to the institution of this lawsuit have been fulfilled.

7.  Since at least 1997, Defendant Linda's Construction has engaged in unlawful employment practices at its Kingsville, Texas, facility and various work sites in violation of Section 703(a) of Title VII, 42 U.S.C. § 2000e-2(a). These unlawful employment practices include subjecting Cornell to a hostile work environment on the basis of his race, Black. More specifically, during the course of his employment, Cornell was subjected to racial harassment in the form of racial slurs and offensive jokes by his supervisor and co-workers.

8. The effect of the practices complained of in paragraph 7 above has been to deprive Cornell of equal employment opportunities and otherwise adversely affect his status as an employee because of his race, Black.

9. The unlawful employment practices complained of in paragraph 7 above were intentional.

10. The unlawful employment practices complained of in paragraph 7 above were done with malice or with reckless indifference to the federally protected rights of Cornell.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant Linda's Construction, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in any employment practice which discriminates on the basis of race.

B. Order Defendant Linda's Construction to institute and carry out policies, practices, and programs which provide equal employment opportunities and a non-hostile work environment for Blacks, and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant Linda's Construction to make whole Cornell who was adversely affected by the unlawful employment practices described above, by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 7 above, including, but not limited to, medical and/or insurance expenses, in amounts to be determined at trial.

D. Order Defendant Linda's Construction to make whole Cornell by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices

3

complained of in paragraphs 7 above, including, but not limited to, emotional pain, suffering, inconvenience, loss of enjoyment of life, and humiliation, in amounts to be determined at trial.

  E. Order Defendant Linda's Construction to pay Cornell punitive damages for its malicious and reckless conduct as described in paragraphs 7, 8, 9, and 10 above, in amounts to be determined at trial.

  F. Grant such further relief as the Court deems necessary and proper in the public interest.

  G. Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

Respectfully submitted,

GWENDOLYN YOUNG REAMS
Associate General Counsel

_____
ROBERT B. HARWIN
Regional Attorney
State Bar No. 076083
(District of Columbia)

_____
LINDA GUTIERREZ
Supervisory Trial Attorney
Texas State Bar No. 08642750
Southern District Bar No. 14464

_____
CONNIE LIEM
Trial Attorney
Texas State Bar No. 00791113
Southern District Bar No. 19686
Attorney-In-Charge for Plaintiff

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
San Antonio District Office
5410 Fredericksburg Rd., Ste. 200
San Antonio, TX 78229-3555
(210) 281-7629
(210) 281-7669 FAX

ATTORNEYS FOR PLAINTIFF